EVELYN QUEEN *v.* NANCY GAGLIOLA

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*William F. Gallagher,* in support of the petition.

*Andrew D. Sabetta,* in opposition.

Submitted October 16—decided November 3, 1970

STATE OF CONNECTICUT *v.* ROLANDO ATKINSON

The motion by the defendant for bail to the Supreme Court of the State of Connecticut under § 694 of the Connecticut Practice Book and under §§ 54-68f and 54-68g of the Connecticut General Statutes in the appeal from the Superior Court in Fairfield County is denied.

*James F. Bingham,* special public defender, in support of the motion.

Submitted October 16—decided November 3, 1970

STATE OF CONNECTICUT *v.* RONALD DEBIASO

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Hugh F. Keefe,* in support of the petition.